[No. 22927-3-I. Division One. August 7, 1989.]

THE FEDERAL LAND BANK OF SPOKANE, *Respondent,* v. ARTHUR V. EASTWOOD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-2-00743-0, Marshall Forrest, J., entered August 5, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 22297-0-I. Division One. August 7, 1989.]

JAMES J. KEESLING, ET AL, *Appellants,* v. WOODINVILLE WATER DISTRICT, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 88-2-04441-4, Marsha J. Pechman and Edward Heavey, JJ., entered May 9 and 19, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Forrest, JJ.

[No. 21203-6-I. Division One. August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HERMAN JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-01755-5, Lloyd W. Bever, J., entered October 14, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.